

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00644-CR

Elton Anthony **BRANCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7555
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on October 24, 2014. *See* TEX. R. APP. P. 35.1. On October 28, 2014, this court granted court reporter Sachiko Nagao Trevino's request for an extension of time to file the record until November 24, 2014, for an extension of thirty days.

On November 25, 2014, court reporter Sachiko Nagao Trevino filed a second request for an extension of time to file the reporter's record until December 29, 2014. The request is GRANTED. The reporter's record must be filed with this court by December 29, 2014. *See id.* R. 35.3(c).

If the reporter's record is not filed with this court by December 29, 2014, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court